

Cavalry Portfolio Services, LLC
PO Box 4252
Greenwich, CT 06831
Phone: 800-501-0909 x53450

July 12, 2022

Clerk, US Bankruptcy Court
Eastern District of Pennsylvania

**<u>WITHDRAWAL OF PROOF OF CLAIM</u>**

Re: Eileen M. Bowers
Case Number 22-11231

To the Clerk of the Court,

Please be advised that this letter is the written request from Cavalry Portfolio Services, LLC to withdraw claim# 2, claim amount $4677.37 date filed 05/19/2022.
If you have any questions, please contact Cavalry Portfolio Services, LLC at 1-800-501-0909.

Respectfully,

/s/ Cheryl Guziczek
Bankruptcy Specialist
Cavalry Portfolio Services, LLC

Kenneth E. West - Chapter 13 Trustee

Paul H. Young – Attorney for Debtor