ASPHALT CARE EQUIPMENT INC
740 River Rd
Bensalem PA  19020

Y619-3115
ORG1:6560 Sales Payroll
EE ID: 142        DD

EILEEN BOWERS
1630 HORACE COURT
BENSALEM PA  19020

### PERSONAL AND CHECK INFORMATION
Eileen Bowers
1630 Horace Court
Bensalem, PA  19020
Soc Sec #: xxx-xx-xxxx    Employee ID: 142

Home Department: 6560 Sales Payroll

Pay Period: 05/16/22 to 05/29/22
Check Date: 06/03/22    Check #: 12692

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 245 | 1012.89 | 6561.37 |
| **NET PAY** | **1012.89** | **6561.37** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 80.00 | 15.0000 | 1200.00 | 506.42 | 7596.30 |
| | Overtime Rate 1 | 1.90 | 22.5000 | 42.75 | 7.04 | 158.41 |
| | Holiday | | | | 6.33 | 142.43 |
| | Sick | | | | 8.00 | 120.00 |
| | **Total Hours** | 81.90 | | | 527.79 | |
| | **Gross Earnings** | | | 1242.75 | | 8017.14 |
| | **Total Hrs Worked** | 81.90 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 77.05 | 497.06 |
| Medicare | | 18.02 | 116.25 |
| Fed Income Tax | SMS | 81.46 | 497.35 |
| PA Income Tax | | 38.15 | 246.12 |
| PA Unemploy | | 0.75 | 4.81 |
| PA BENSA-Buc In | | 12.43 | 80.18 |
| **TOTAL** | | **227.86** | **1441.77** |

### DEDUCTION

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| OPT Bensalem | 2.00 | 14.00 |
| **TOTAL** | **2.00** | **14.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1012.89 | 6561.37 |

0018 Y619-3115  Asphalt Care Equipment Inc • 740 River Rd • Bensalem PA  19020 • (215) 639-9800

ASPHALT CARE EQUIPMENT INC
740 River Rd
Bensalem PA 19020

Y616-3115
ORG1:6560 Sales Payroll
EE ID: 142    DD

EILEEN BOWERS
1630 HORACE COURT
BENSALEM PA  19020

**PERSONAL AND CHECK INFORMATION**
Eileen Bowers
1630 Horace Court
Bensalem, PA  19020
Soc Sec #: xxx-xx-xxxx    Employee ID: 142

Home Department: 6560 Sales Payroll

Pay Period: 05/02/22 to 05/15/22
Check Date: 05/20/22    Check #: 12670

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 245 | 998.67 | 5548.48 |
| **NET PAY** | **998.67** | **5548.48** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 80.00 | 15.0000 | 1200.00 | 426.42 | 6396.30 |
| | Overtime Rate 1 | 1.07 | 22.5000 | 24.08 | 5.14 | 115.66 |
| | Holiday | | | | 6.33 | 142.43 |
| | Sick | | | | 8.00 | 120.00 |
| | **Total Hours** | 81.07 | | | 445.89 | |
| | **Gross Earnings** | | | 1224.08 | | 6774.39 |
| | **Total Hrs Worked** | 81.07 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 75.89 | 420.01 |
| Medicare | | 17.75 | 98.23 |
| Fed Income Tax | SMS | 79.22 | 415.89 |
| PA Income Tax | | 37.58 | 207.97 |
| PA Unemploy | | 0.73 | 4.06 |
| PA BENSA-Buc In | | 12.24 | 67.75 |
| **TOTAL** | | **223.41** | **1213.91** |

**DEDUCTION**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| OPT Bensalem | 2.00 | 12.00 |
| **TOTAL** | **2.00** | **12.00** |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 998.67 | 5548.48 |

Y616-3115  Asphalt Care Equipment Inc • 740 River Rd • Bensalem PA  19020 • (215) 639-9600

ASPHALT CARE EQUIPMENT INC
740 River Rd
Bensalem PA 19020

Y610-3115
ORIG Check Pay
roll
EE ID: 142    DD

EILEEN BOWERS
1630 HORACE COURT
BENSALEM PA 19020

### PERSONAL AND CHECK INFORMATION
Eileen Bowers
1630 Horace Court
Bensalem, PA 19020
Soc Sec #: xxx-xx-xxxx    Employee ID: 142

Home Department: 6560 Sales Payroll

Pay Period: 04/18/22 to 05/01/22
Check Date: 05/06/22    Check #: 12648

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 245 | 1054.67 | 4549.81 |
| **NET PAY** | **1054.67** | **4549.81** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 76.75 | 15.0000 | 1151.25 | 346.42 | 5196.30 |
| | Overtime Rate 1 | 1.17 | 22.5000 | 26.33 | 4.07 | 91.58 |
| | Holiday | | | | 6.33 | 142.43 |
| | Sick | 8.00 | 15.0000 | 120.00 | 8.00 | 120.00 |
| | **Total Hours** | 85.92 | | | 364.82 | |
| | **Gross Earnings** | | | 1297.58 | | 5550.31 |
| | **Total Hrs Worked** | 77.92 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 80.45 | 344.12 |
| Medicare | | 18.82 | 80.48 |
| Fed Income Tax | SMS | 88.04 | 336.67 |
| PA Income Tax | | 39.84 | 170.39 |
| PA Unemploy | | 0.78 | 3.33 |
| PA BENSA-Buc In | | 12.98 | 55.51 |
| **TOTAL** | | **240.91** | **990.50** |

### DEDUCTION

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| OPT Bensalem | 2.00 | 10.00 |
| **TOTAL** | **2.00** | **10.00** |

### NET PAY

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1054.67 | 4549.81 |

Payrolls by Paychex, Inc.    NON-NEGOTIABLE

ASPHALT CARE EQUIPMENT INC
740 River Rd
Bensalem PA 19020

Y610-3115
ORG: 6560 Sales Payroll
EE ID: 142    DD

EILEEN BOWERS
1630 HORACE COURT
BENSALEM PA 19020

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Eileen Bowers
1630 Horace Court
Bensalem, PA 19020
Soc Sec #: xxx-xx-xxxx    Employee ID: 142

Home Department: 6560 Sales Payroll

Pay Period: 04/04/22 to 04/17/22
Check Date: 04/22/22    Check #: 12626

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 245 | 958.83 | 3495.14 |
| **NET PAY** | **958.83** | **3495.14** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 77.07 | 15.0000 | 1156.05 | 269.67 | 4045.05 |
| | Overtime Rate 1 | 0.70 | 22.5000 | 15.75 | 2.90 | 65.25 |
| | Holiday | | | | 6.33 | 142.43 |
| | Total Hours | 77.77 | | | 278.90 | |
| | Gross Earnings | | | 1171.80 | | 4252.73 |
| | Total Hrs Worked | 77.77 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 72.65 | 263.67 |
| Medicare | | 16.99 | 61.66 |
| Fed Income Tax | SMS | 72.94 | 248.63 |
| PA Income Tax | | 35.97 | 130.55 |
| PA Unemploy | | 0.70 | 2.55 |
| PA BENSA-Buc In | | 11.72 | 42.53 |
| **TOTAL** | | **210.97** | **749.59** |

**DEDUCTION**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| OPT Bensalem | 2.00 | 8.00 |
| **TOTAL** | **2.00** | **8.00** |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 958.83 | 3495.14 |

0018 Y610-3115  Asphalt Care Equipment Inc • 740 River Rd • Bensalem PA 19020 • (215) 639-9800

Payrolls by Paychex, Inc.

ASPHALT CARE EQUIPMENT INC
740 River Rd
Bensalem PA 19020

ORG: 6560 Sales Pay roll
EE ID: 142    DD

Y610-3115

EILEEN BOWERS
1630 HORACE COURT
BENSALEM PA 19020

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Eileen Bowers
1630 Horace Court
Bensalem, PA 19020
Soc Sec #: xxx-xx-xxxx    Employee ID: 142

Home Department: 6560 Sales Payroll

Pay Period: 03/21/22 to 04/03/22
Check Date: 04/08/22    Check #: 12605

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 245 | 1018.04 | 2536.31 |
| **NET PAY** | **1018.04** | **2536.31** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 80.00 | 15.0000 | 1200.00 | 192.60 | 2889.00 |
| | Overtime Rate 1 | 2.20 | 22.5000 | 49.50 | 2.20 | 49.50 |
| | Holiday | | | | 6.33 | 142.43 |
| | **Total Hours** | 82.20 | | | 201.13 | |
| | Gross Earnings | | | 1249.50 | | 3080.93 |
| | Total Hrs Worked | 82.20 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 77.47 | 191.02 |
| Medicare | | 18.11 | 44.67 |
| Fed Income Tax | SMS | 82.27 | 175.69 |
| PA Income Tax | | 38.36 | 94.58 |
| PA Unemploy | | 0.75 | 1.85 |
| PA BENSA-Buc In | | 12.50 | 30.81 |
| **TOTAL** | | 229.46 | 538.62 |

**DEDUCTION**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| OPT Bensalem | 2.00 | 6.00 |
| **TOTAL** | 2.00 | 6.00 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1018.04 | 2536.31 |

Payrolls by Paychex, Inc.

0018 Y610-3115    Asphalt Care Equipment Inc • 740 River Rd • Bensalem PA 19020 • (215) 639-9800

ASPHALT CARE EQUIPMENT INC
740 River Rd
Bensalem PA 19020

Y610-3115
ORG: 6560 Sales Pay roll
EE ID: 142    DD

EILEEN BOWERS
1630 HORACE COURT
BENSALEM PA 19020

**NON-NEGOTIABLE**

### PERSONAL AND CHECK INFORMATION
Eileen Bowers
1630 Horace Court
Bensalem, PA 19020
Soc Sec #: xxx-xx-xxxx    Employee ID: 142

Home Department: 6560 Sales Payroll

Pay Period: 03/07/22 to 03/20/22
Check Date: 03/25/22    Check #: 12585

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 245 | 1088.87 | 1518.27 |
| **NET PAY** | **1088.87** | **1518.27** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 80.00 | 15.0000 | 1200.00 | 112.60 | 1689.00 |
| | Holiday | 6.33 | 22.5000 | 142.43 | 6.33 | 142.43 |
| | Total Hours | 86.33 | | | 118.93 | |
| | Gross Earnings | | | 1342.43 | | 1831.43 |
| | Total Hrs Worked | 80.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 83.23 | 113.55 |
| Medicare | | 19.47 | 26.56 |
| Fed Income Tax | SMS | 93.42 | 93.42 |
| PA Income Tax | | 41.21 | 56.22 |
| PA Unemploy | | 0.81 | 1.10 |
| PA BENSA-Buc In | | 13.42 | 18.31 |
| **TOTAL** | | **251.56** | **309.16** |

### DEDUCTION

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| OPT Bensalem | 2.00 | 4.00 |
| **TOTAL** | **2.00** | **4.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1088.87** | **1518.27** |

Payrolls by Paychex, Inc.

0018 Y610-3115  Asphalt Care Equipment Inc • 740 River Rd • Bensalem PA 19020 • (215) 639-9800

ASPHALT CARE EQUIPMENT INC
740 River Rd
Bensalem PA  19020

Y610-3115
ORG 1.6560 Sales Payroll
EE ID: 142         DD

EILEEN BOWERS
1630 HORACE COURT
BENSALEM PA  19020

**NON-NEGOTIABLE**

### PERSONAL AND CHECK INFORMATION
Eileen Bowers
1630 Horace Court
Bensalem, PA  19020
Soc Sec #: xxx-xx-xxxx    Employee ID: 142

Home Department: 6560 Sales Payroll

Pay Period: 02/21/22 to 03/06/22
Check Date: 03/11/22    Check #: 12565

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 245 | 429.40 | 429.40 |
| **NET PAY** | **429.40** | **429.40** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 32.60 | 15.0000 | 489.00 | 32.60 | 489.00 |
| | Total Hours | 32.60 | | | 32.60 | |
| | Gross Earnings | | | 489.00 | | 489.00 |
| | Total Hrs Worked | 32.60 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 30.32 | 30.32 |
| Medicare | | 7.09 | 7.09 |
| PA Income Tax | | 15.01 | 15.01 |
| PA Unemploy | | 0.29 | 0.29 |
| PA BENSA-Buc In | | 4.89 | 4.89 |
| **TOTAL** | | **57.60** | **57.60** |

### DEDUCTION

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| OPT Bensalem | 2.00 | 2.00 |
| **TOTAL** | **2.00** | **2.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 429.40 | 429.40 |

Payrolls by Paychex, Inc.

0018 Y610-3115  Asphalt Care Equipment Inc • 740 River Rd • Bensalem PA  19020 • (215) 639-9800