# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 22-11231-ELF

EILEEN M BOWERS

1630 HORACE COURT

BENSALEM, PA 19020

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    EILEEN M BOWERS

    1630 HORACE COURT

    BENSALEM, PA 19020

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG, ESQ
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

Date: 8/3/2022                     /S/ Kenneth E. West
                                              _____
                                              Kenneth E. West, Esquire
                                              Chapter 13 Standing Trustee