United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-11231-elf

Eileen M Bowers  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Dec 14, 2022     Form ID: 155     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eileen M Bowers, 1630 Horace Court, Bensalem, PA 19020-3802 |
| 14696893 | + | Midfirst Bank, c/o Rebecca Solarz, Esq., 701 Market Street, ste 5000, Philadelphia, PA 19106-1541 |
| 14690468 | + | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14702008 | + | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14690460 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 15 2022 00:26:37 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14690461 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 15 2022 00:26:50 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14690463 | + | Email/Text: bankruptcy@cavps.com | Dec 15 2022 00:20:00 | Cavalry Portfolio Services, 1 American Lane, Greenwich, CT 06831-2560 |
| 14690462 | + | Email/Text: bankruptcy@cavps.com | Dec 15 2022 00:20:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14692227 | + | Email/Text: bankruptcy@cavps.com | Dec 15 2022 00:20:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14691647 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2022 00:26:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14696741 | ^ | MEBN | Dec 15 2022 00:16:41 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14706585 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 15 2022 00:26:43 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14690465 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2022 00:20:00 | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14690464 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2022 00:20:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14690467 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 15 2022 00:26:43 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 14690466 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 15 2022 00:26:37 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14690469 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2022 00:26:38 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14690470 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2022 00:26:44 | Resurgent Capital Services, C/o Resurgent Capital |

Case 22-11231-elf   Doc 42   Filed 12/16/22   Entered 12/17/22 00:33:41   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2022 | Form ID: 155 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | | Services, Greenville, SC 29602 |
| 14690471 | + | Email/Text: bankruptcy@sw-credit.com | Dec 15 2022 00:20:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 14690472 | + | Email/Text: bankruptcy@sw-credit.com | Dec 15 2022 00:20:00 | SWC Group, 4120 International Parkway, Carrollton, TX 75007-1957 |
| 14691004 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2022 00:26:43 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14690849 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2022 00:26:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14694852 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 15 2022 00:26:43 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14690474 | + | Email/PDF: tbiedi@PRAGroup.com | Dec 15 2022 00:26:51 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 14690473 | + | Email/PDF: tbiedi@PRAGroup.com | Dec 15 2022 00:26:43 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 16, 2022           Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| JOSEPH R. LOVERDI | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION LoverdiJ@PFFCU.org  divellod@pffcu.org |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Eileen M Bowers support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2022 | Form ID: 155 | Total Noticed: 25 |

,lesliebrown.paralegal@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Eileen M Bowers
     Debtor(s)    Chapter: 13

Bankruptcy No: 22−11231−elf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 13th of December 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Eric L. Frank
    Judge ,
    United States Bankruptcy Court

    41 − 16
    Form 155