IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   EILEEN M BOWERS

: CHAPTER 13
:
: BANKRUPTCY NO. 22-11231
:

# NOTICE OF FINAL CURE PAYMENT

Pursuant to Bankruptcy Rule 3002.1(f), KENNETH E. WEST, Chapter 13 Standing Trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

Creditor:  MIDFIRST BANK                                Claim Number: 6

**A Response Is Required by Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

Respectfully submitted,

/s/ KENNETH E. WEST

KENNETH E. WEST, Esquire
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia PA 19107
Phone: 215-627-1377