Certificate Number: 03621-PAE-DE-036706878

Bankruptcy Case Number: 22-11231



03621-PAE-DE-036706878

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>July 24, 2022</u>, at <u>5:03</u> o'clock <u>PM EDT</u>, <u>Eileen Bowers</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>July 24, 2022</u>

By: <u>/s/Damaris Soto</u>

Name: <u>Damaris Soto</u>

Title: <u>Credit Counselor</u>