United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11231-amc |
| Eileen M Bowers | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 04, 2023 | Form ID: 138OBJ | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eileen M Bowers, 1630 Horace Court, Bensalem, PA 19020-3802 |
| 14696893 | + | Midfirst Bank, c/o Rebecca Solarz, Esq., 701 Market Street, ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 04 2023 23:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 04 2023 23:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14690460 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2023 23:40:06 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14690461 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2023 23:39:38 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14690463 | + | Email/Text: bankruptcy@cavps.com | Aug 04 2023 23:33:00 | Cavalry Portfolio Services, 1 American Lane, Greenwich, CT 06831-2563 |
| 14690462 | + | Email/Text: bankruptcy@cavps.com | Aug 04 2023 23:33:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14692227 | + | Email/Text: bankruptcy@cavps.com | Aug 04 2023 23:33:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14691647 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2023 23:40:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14696741 | ^ | MEBN | Aug 04 2023 23:27:14 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14706585 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 04 2023 23:39:26 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14690465 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2023 23:33:00 | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14690464 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2023 23:33:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14690467 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 04 2023 23:40:12 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 14690466 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 04 2023 23:40:12 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2023 | Form ID: 138OBJ | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 14690468 | + Email/Text: bankruptcy1@pffcu.org | | Aug 04 2023 23:33:00 | City, OK 73126-0648<br>Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14702008 | + Email/Text: bankruptcy1@pffcu.org | | Aug 04 2023 23:33:00 | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14690469 | + Email/PDF: resurgentbknotifications@resurgent.com | | Aug 04 2023 23:40:12 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14690470 | Email/PDF: resurgentbknotifications@resurgent.com | | Aug 04 2023 23:40:08 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14690471 | + Email/Text: bankruptcy@sw-credit.com | | Aug 04 2023 23:33:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 14690472 | + Email/Text: bankruptcy@sw-credit.com | | Aug 04 2023 23:33:00 | SWC Group, 4120 International Parkway, Carrollton, TX 75007-1957 |
| 14691004 | + Email/PDF: gecsedi@recoverycorp.com | | Aug 04 2023 23:40:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14690849 | + Email/PDF: gecsedi@recoverycorp.com | | Aug 05 2023 00:26:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14694852 | + Email/PDF: ebn_ais@aisinfo.com | | Aug 04 2023 23:40:04 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14690474 | + Email/Text: bnc-thebureaus@quantum3group.com | | Aug 04 2023 23:33:00 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 14690473 | + Email/Text: bnc-thebureaus@quantum3group.com | | Aug 04 2023 23:33:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2023 at the address(es) listed below:

**Name**                    **Email Address**
BRIAN CRAIG NICHOLAS

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 04, 2023 | Form ID: 138OBJ | Total Noticed: 27 |

| | |
|---|---|
| | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| JOSEPH R. LOVERDI | |
| | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION SmithJ3@PFFCU.org divellod@pffcu.org |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | |
| | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | |
| | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | |
| | on behalf of Debtor Eileen M Bowers support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Eileen M Bowers
    Debtor(s)

Case No: 22−11231−amc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/4/23

51 − 44
Form 138OBJ